**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 17 2015 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

LUQMAN STROUD,

**STIPULATION AND**
Plaintiff,     **ORDER OF DISMISSAL**

-against-     15 cv 00131 (ENV) (SMG)

POLICE OFFICER JASON BRUNSON, ET AL.,

Defendant.

-------------------------------------------------------------- x

**WHEREAS,** the parties have reached a settlement agreement and now desire to

resolve the remaining issues raised in this litigation, without further proceedings and without

admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by

and between the undersigned, that

1.     The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement,

the District Court shall continue to maintain jurisdiction over this action for the purpose of

enforcing the terms of the settlement agreement reached between the parties and set forth in the

Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2015


HARVIS WRIGHT & FETT LLP                    ZACHARY W. CARTER
*Attorneys for Plaintiff*                   Corporation Counsel of the
305 Broadway, 14th Floor                        City of New York
New York, NY 10007                          *Attorney for Defendant Jason Brunson*
212-323-6880                                100 Church Street, 3rd Floor
                                            New York, New York 10007

By: _____       By: _____
    Gabriel P. Harvis                       Liza Sohn
    *Attorney for Plaintiff*                Assistant Corporation Counsel

    The Clerk is directed to
    close this case.                        SO ORDERED:

                                                     s/ENV
                                            _____
    JUL 1 6 2015                            HON. ERIC N. VITALIANO
                                            UNITED STATES DISTRICT JUDGE

                                            Dated: _____, 2015


2